UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **FERNANDO JEROME MALONE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 5:21-cv-180-LCB |
| ) | |
| **EMCAR ENTERPRISES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

# ORDER

On February 18, 2022, the Court granted Plaintiff Fernando Jerome Malone's Motion for Default Judgment (Doc. 40) with leave to prove damages. Thus, Defendant EmCar Enterprises, LLC is liable on Plaintiff's claims for racial discrimination and retaliation under 42 U.S.C.§ 2000e, *et seq* ("Title VII") and 42 U.S.C. § 1981. Defendant EmCar Enterprises, LLC employed Plaintiff at the time of the events giving rise to this action.[1]

On March 9, 2023, the Court held a hearing for the determination of damages in favor of Plaintiff and against the defaulted Defendant EmCar Enterprises, LLC. At that hearing, the court considered the evidence Plaintiff submitted to support his claim for damages, including back pay. The Court also heard testimony from

---

[1] Plaintiff contended in his Complaint that he was jointly employed by Defendant EmCar Enterprises, LLC and TDMW Management, Inc. This Court makes no finding of fact or law with respect to the allegation of joint employment by TDMW Management, Inc.

Plaintiff about pain and suffering and mental anguish Plaintiff has experienced because of Defendant EmCar Enterprises, LLC's racially discriminatory and retaliatory conduct. The Plaintiff also submitted evidence of attorney's fees and expenses related to the pursuit of this action. Based upon the evidence and testimony the Court has considered, the Court awards the following damages and attorney's fees and costs to Plaintiff:

| **Back Pay** | $99,193.11 |
|---|---|
| **Compensatory Damages** | $100,000.00 |
| **Punitive Damages** | $50,000.00 |
| **Attorney's Fees and Costs** | $37,636.10 |
| **TOTAL** | $286,829.21 |

The Court **ENTERS JUDGMENT** in favor of Plaintiff and against Defendant EmCar Enterprises, LLC in the amount of $286,829.21.

The Court advises the Defendant that interest on this judgment amount begins accruing as of the date of this judgment at the legal rate of 5.25%. *See* 28 U.S.C. § 1961(a).

**DONE** and **ORDERED** August 29, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE