# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **FERNANDO JEROME MALONE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-180-LCB |
| ) | |
| **EMCAR ENTERPRISES, LLC,** ) | |
| ) | |
| Defendant. ) | |

## FINAL PARTIAL DEFAULT JUDGMENT

In accordance with the order entered herewith, as well as the partial default judgment entered in February 2022 (Docs. 39 & 40), the Court **ENTERS** a final default judgment against Defendant EmCar Enterprises, LLC in the amount of $286,829.21, with interest accruing as of the date of this judgment at the legal rate of 5.25%. Having resolved all claims in this action, the Clerk of Court is **DIRECTED** to docket this filing as a final judgment under Federal Rule of Civil Procedure 58 and to close this case.

**DONE** and **ORDERED** August 29, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE